PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2015

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Strasburg, Shelbie R. | Docket No. | 0980 2:14CR00168-TOR-8 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Anne L. Sauther, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shelbie R. Strasburg, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 3rd day of December 2014 under the following conditions:

**Condition #9:**  Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.  Defendant may not use or possess marijuana, regardless of whether defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Shelbie Strasburg is considered in violation of her pretrial release conditions by using an unlawful controlled substance, methamphetamine, on or about January 2, 2015.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    January 7, 2015 |
| by | s/Anne L. Sauther |
|  | Anne L. Sauther
U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

January 8, 2014

Date